TROY LEE HARMS V STATE OF TEXAS

 NO. 07-02-0245-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 20, 2002

______________________________

ROBERT JESSE ARREDONDO

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 242ND 
 DISTRICT COURT OF HALE COUNTY;

NO. B13729-0005; HON. ED SELF, PRESIDING

_______________________________

ORDER ON APPELLANT’S MOTION TO DISMISS APPEAL

_______________________________

Before BOYD, C.J., QUINN and REAVIS, JJ.

Robert Jesse Arredondo, appellant,  has moved to withdraw his notice of appeal and dismiss the appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having dismissed the appeal at appellant’s personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

      Brian Quinn

      Justice

 

 Do not publish.